```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIA RYAN,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :          24-CV-9422 (VSB)
              -against-                                     :
                                                            :               ORDER
JOHN CATSIMATIDIS, et al.,                                  :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action in New York Supreme Court, New York County, on December 7, 2024. (Doc. 1.) On December 10, 2024, Defendants promptly removed the action to federal court on the basis of diversity jurisdiction. (*Id.* ¶ 5.) In Defendants' Notice of Removal, Defendants state that they "will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice along with a Notice of Removal to Federal Court with the Court of the Supreme Court of New York, County of New York, where the action currently is pending." (*Id.* ¶ 15.) On December 30, 2024, Defendants moved to dismiss the complaint. (Docs. 7–9.) Under Local Civil Rule 6.1, Plaintiff's opposition to the motion to dismiss would have been due "within 14 days after service of the moving papers." To date, however, Plaintiff has not responded to the motion to dismiss or otherwise appeared in this action. Accordingly, it is hereby:

      ORDERED that, no later than January 22, 2025, Defendants serve Plaintiff with the motion to dismiss and its supporting papers, (Docs. 7–9), or, if service has been affected, to file an affidavit of service.

      ORDERED that Plaintiff file an opposition to the motion to dismiss by February 5, 2025,

and Defendants file a reply brief by February 12, 2025. If Plaintiff does not submit an opposition, I will consider Defendants' motion to dismiss to be unopposed.

SO ORDERED.

Dated: January 15, 2025
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge